FILED
CHARLOTTE, N. C.

OCT - 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br>An internet domain name account )<br>physically located at Web.com, )<br>303 Peachtree Center Avenue, NE )<br>Suite 500, Atlanta GA 30303 )<br>&lt;YourOnlineDoctor.com&gt; )<br>_____) | CASE NUMBER:<br><br>3:06Mj 402 |

## ORDER GRANTING MOTION TO SEAL

THIS MATTER came before the Court on the United States of America's motion to seal the attached Application for Search Warrant and all Attachments be sealed until further order of this Court.

After careful review of the record, the Court concludes that good cause has been shown for granting of said motion. It is, therefore,

**ORDERED and ADJUDGED** that the attached Application for Search Warrant and all Attachments are hereby SEALED until further order of this Court.

**DONE AND ORDERED** in chambers in Charlotte, North Carolina on October 2, 2006.

_____
CARL HORN
UNITED STATES MAGISTRATE JUDGE